UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MORANY DEAMUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01586-JPH-TAB |
| | ) | |
| ELIZABETH HUGHES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON *IN FORMA PAUPERIS* STATUS**

Although the records initially presented to the Court suggested that Plaintiff had the ability to pay an initial partial filing fee, the Court credits his current representations in his motion that, in reality, he cannot. His motion asking for more time of filing fee payment, dkt. [9], is therefore **granted** to the extent that the Court will accept Plaintiff's payment of $25.00. The Prison Litigation Reform Act mandates that a prisoner will not be prohibited from bringing a civil action for the reason that he lacks the assets and means to pay an initial partial filing fee, 28 U.S.C. § 1915(b)(4). Although Plaintiff is excused from *pre*-paying the full filing fee, he still must pay the three hundred and fifty ($350.00) filing fee pursuant to the statutory formula set forth in 28 U.S.C. § 1915(b)(2) when able. *See* 28 U.S.C. § 1915(b)(1) ("the prisoner shall be required to pay the full amount of a filing fee.").

Consistent with this ruling, Plaintiff's motion to drop the complaint, dkt. [10], is **denied without prejudice** because that motion is based on his representation that he did not have the funds to pay the initial partial payment.

**SO ORDERED.**

Date: 9/30/2026

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

MORANY DEAMUS
161806
CORRECTIONAL INDUSTRIAL FACILITY (CIF)
CORRECTIONAL INDUSTRIAL FACILITY
Electronic Service Participant – Court Only